CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN 11 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| YVONNE SPENCER, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00739 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| VDOC, et al., ) | |
| Defendants. ) | By: Hon. Jackson L. Kiser |
| ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court, and all pending motions are **DENIED as MOOT**.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 11th day of January, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge